In the Matter of ANTHONY M. PALERMO, Petitioner, v. BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.—

954

Present — Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.